■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v AVIAL PEGUERO, Appellant. [931 NYS2d 496]—

The court properly exercised its discretion when it admitted expert testimony concerning circumstances that indicate an intent to sell drugs (*see People v Hicks*, 2 NY3d 750 [2004]). Defendant did not preserve his claim that the expert improperly opined that defendant was a drug seller, and we decline to review it in the interest of justice. As an alternative holding, we find that the testimony was within the scope permitted under *Hicks*, and that defendant was not prejudiced in any event.

Concur—Tom, J.P., Saxe, Moskowitz, DeGrasse and Abdus-Salaam, JJ.